UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-against-

RONALD D. PAUL,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/15/2022__

22 Civ. 6985 (AT) (VF)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has reviewed Plaintiff's letter dated September 14, 2022. ECF No. 11. The Court directs the Clerk of Court to strike ECF No. 10 from the docket and temporarily reopen the case for the limited purpose of entering judgment in this action.

      SO ORDERED.

Dated: September 15, 2022
       New York, New York

                                                  ANALISA TORRES
                                           United States District Judge