USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/11/2023__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiff,<br><br>v.<br><br>RONALD D. PAUL<br><br>      Defendant. | Case No. 1:22-CV-6985<br><br>Honorable Analisa Torres |

## ORDER ESTABLISHING A FAIR FUND AND TRANSFERRING ASSETS FOR DISTRIBUTION

The Court has reviewed Plaintiff's Motion to Establish a Fair Fund and Transfer Assets for Distribution. ECF No. 15. For good cause shown, Plaintiff's Motion is GRANTED. The Court hereby ORDERS:

(a) Pursuant to Section 308(a) of the Sarbanes-Oxley Act of 2002, a Fair Fund is established for the civil penalty, along with disgorgement plus prejudgment interest collected in this matter, and any earnings that have accrued thereon; and

(b) All assets of such Fair Fund shall be transferred to the Fair Fund established by the SEC pursuant to Section 308(a) of the Sarbanes-Oxley Act of 2002 in the related Administrative Proceeding *In the Matter of Eagle Bancorp, Inc.*, AP File No. 3-20963 (Aug. 16, 2022), which is held in a Commission-designated account at the U.S. Department of the Treasury.

SO ORDERED.

Dated: __October 11__, 2023
   New York, New York

                   _____
                   ANALISA TORRES
                   United States District Judge